IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Paolo Rizzi and Patricia Rizzi<br>         Debtor | CHAPTER 13<br><br>BANKRUPTCY CASE NO.<br>12-18400-BIF |
| Paolo Rizzi and Patricia Rizzi<br>         Plaintiff | |
| v. | Adv. No. 13-00507-BIF<br><br>Related to Document Number: 1 |
| Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, By Caliber Home Loans f/k/a Vericrest Financial, Inc. as its Attorney in Fact,<br>         Defendant, | |

STIPULATION BETWEEN DEBTORS/PLAINTIFFS AND
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR LSF6 MERCURY REO INVESTMENTS
TRUST SERIES 2008-1, BY CALIBER HOME LOANS
F/K/A VERICREST FINANCIAL, INC.
AS ITS ATTORNEY IN FACT, AS SETTLEMENT TO THE
ADVERSARY COMPLAINT

Whereas Defendant Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, By Caliber Home Loans, f/k/a Vericrest Financial, Inc. as its Attorney in Fact and Debtor Paolo Rizzi and Patricia Rizzi wish to amicable resolve the pending adversary without further litigation, it is hereby STIPULATED and AGREED that:

1. That Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, By Caliber Home Loans, f/k/a Vericrest Financial, Inc. as its Attorney in Fact's claim, which acts as a second lien against the property known 909 Jamestown Road, Broomall, PA 19008 is deemed unsecured for purposes of the Debtor's Chapter 13 Plan.

2. That Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, By Caliber Home Loans, f/k/a Vericrest Financial, Inc. as its Attorney in Fact shall take all necessary steps, upon Discharge of the bankruptcy case and Completion of the Chapter 13 Plan, to mark the lien satisfied.

3. Should the above bankruptcy case be dismissed or converted to a Chapter 7 proceeding, then this stipulated order is void.

4. The adversary action is settled as set forth above.

5. Facsimile or e-signatures are accepted for the purpose of filing this Stipulation with the Bankruptcy Court.

Dated: October 14, 2013

/s/ Christopher George Cappio

Christopher George Cappio, Esquire, Debtor's Counsel

THE LAW OFFICES OF BARBARA A. FEIN, P.C.

/s/ Kristen D. Little

Dated: October 15, 2013

Kristen D. Little, Esquire
Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, By Caliber Home Loans f/k/a Vericrest Financial, Inc. as its Attorney in Fact

AND NOW, this _____ day of _____, 2013, it is hereby ORDERED that the foregoing Stipulation is approved, shall be and is made an Order of this Court.

Bruce I. Fox, U.S.B.J.